UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHASE BANK,<br><br>　　　　　Defendant. | No. 2:15-cv-1281-TLN-EFB PS<br><br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action in pro per and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On August 23, 2016, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

　　　　The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed findings and recommendations in full.

　　　　Accordingly, IT IS ORDERED that:

　　　　1. The proposed findings and recommendations filed August 23, 2016, are ADOPTED; and

/ / /

/ / /

    2. This action is dismissed and the Clerk is directed to close this case. <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 110.

Dated: September 28, 2016

                                                Troy L. Nunley
                                                United States District Judge