## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                                      **JUDGMENT IN A CIVIL CASE**

**LIUDMYLA IEGOROVA,**

                                                                      CASE NO: **2:15–CV–01281–TLN–EFB**

        v.

**CHASE BANK,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/29/16**

                                                        **Marianne Matherly**
                                                        Clerk of Court

    ENTERED: **September 29, 2016**

                                                    by: /s/  S. Washington
                                                           Deputy Clerk